# EXHIBIT B

**Yolo County Library** provides access for all to ideas that inform, entertain and inspire. In order to maintain a clean, efficient, pleasant, and safe environment for everyone using the library, the Yolo County Library has adopted the following Code of Behavior:

# LIBRARY CODE OF BEHAVIOR

1. **Treat people, materials and furniture with respect.**
2. **Speak and act in a manner that doesn't disturb others.**
3. **Leave pets, bicycles and any large objects outside the building.**
4. **Young children must be closely supervised by a responsible adult.**
5. **Honor all library rules and procedures.**
6. **Immediately report suspicious, unsafe or discourteous behavior to a staff member.**
7. **Consume food and drink outside the library or in designated areas.**

Any person who intentionally interferes with the business of the library by obstructing or intimidating those attempting to carry on business in the library and who refuses to leave the library after being requested to do so by the library management is guilty of a misdemeanor crime under California Penal Code Section 602.1.

Any person who defaces, damages, destroys or steals library property is guilty of a misdemeanor crime under California Penal Code Section 490.5 or Section 19910 of the California Education Code.

All other laws pertaining to behavior in a public place apply, including California Penal Code Sections 314, 415, 647 and 653b.