# EXHIBIT E

| | |
|---|---|
| **From:** | Scott Love |
| **Sent:** | Friday, February 10, 2023 1:05 PM |
| **To:** | Jenny Tan |
| **Subject:** | Re: Concern about community group event at Davis Library on February 25 |

I had e-mailed Darren too and he got back to me already and just asked me to keep him apprised of the situation. I know Davis Phoenix Coalition is aware of the program and I've heard that Anoosh plans on attending.

*Scott Love*

Library Regional Manager – West Yolo Region
Yolo County Library - Stephens-Davis Branch Library
███ ███ ███, Davis CA 95616
███████ office
███████ cell

Achiever | Ideation | Communication | Connectedness | Arranger

*"We Acknowledge that we are on the traditional territory and homelands of the Yocha Dehe Wintun Nation."* For more information, please visit **https://www.yochadehe.org/**.

---

**From:** Jenny Tan <████████████>
**Sent:** Friday, February 10, 2023 8:14 AM
**To:** Scott Love <████████████>
**Subject:** RE: Concern about community group event at Davis Library on February 25

Thanks, I also shared with the City Manager and cc'd Darren again.

**From:** Scott Love <████████████>
**Sent:** Thursday, February 9, 2023 6:44 PM
**To:** Jenny Tan <████████████>
**Subject:** FW: Concern about community group event at Davis Library on February 25

**CAUTION: External email. Please verify sender before opening attachments or clicking on links.**

Thought I should share this with you, to give your office a heads up too. There is a lot more background story here, too much to write out, but we could have a wild ride that evening.

*Scott Love*

Library Regional Manager – West Yolo Region
Yolo County Library - Stephens-Davis Branch Library
███ ███ ███, Davis CA 95616
███████ office
███████ cell


Achiever | Ideation | Communication | Connectedness | Arranger

*"We Acknowledge that we are on the traditional territory and homelands of the Yocha Dehe Wintun Nation."* For more

**From:** Scott Love <█████████████>
**Sent:** Thursday, February 9, 2023 6:14 PM
**To:** policeadmin@davispd.org; dpytel █████████████) <█████████████>
**Subject:** Re: Concern about community group event at Davis Library on February 25

Chief Pytel, I realize I should've probably given you a heads up on this too, so my message is below.

For additional information, here is an article on the group and their efforts that appeared in the New York Post: https://nypost.com/2022/12/19/kirk-cameron-declares-a-win-over-two-public-libraries-that-denied-him-story-hours-but-caved/



### Kirk Cameron declares a 'win' over two public libraries that had denied him story hours

The public libraries are now are in communication with his publisher about the bookings for his story hour program for kids, he said.

nypost.com

*Scott Love*
Library Regional Manager – West Yolo Region
Yolo County Library - Stephens-Davis Branch Library
█████████████, Davis CA 95616
█████████████ office
█████████████ cell

Achiever | Ideation | Communication | Connectedness | Arranger

"We Acknowledge that we are on the traditional territory and homelands of the Yocha Dehe Wintun Nation." For more information, please visit https://www.yochadehe.org/.

---

**From:** Scott Love <█████████████>
**Sent:** Thursday, February 9, 2023 6:01 PM
**To:** policeadmin@davispd.org <policeadmin@davispd.org>
**Subject:** Concern about community group event at Davis Library on February 25

We've had a group reserve our community room for February 25, from 4-7pm, and we have concerns with the group using the room, and with possible community protests in regards to the group, as the organizer has been quite vocal in the social media over the last couple of months. The program is called Brave Books Read Aloud. Brave Publishing is a right wing, Christian children's book publishing company, who says they teach, "a different pro-God, pro-America value"

with their books. The organization currently has been lobbying to get a certain book added to all of the DJUSD school libraries, and was recently posting complaining about a trans documentary that a club at Davis Senior H. S. was showing. Brave has posted on their website the program, which may draw more like-minded individuals to the program. We have let them know our policies with the room, and as long as they follow them the program will happen. They have yet to pay for the use (food, after hours use, and use of the AV system), so the event could be canceled if they don't pay by Friday, Feb.10.

We do have concerns that the group could violate parameters by selling books or advertising the publishing company. Additionally, because of her posts, we expect to get a number of people attending the program whose beliefs are opposite of theirs. Additionally, immediately proceeding this program, we have a Library organized event with a Black author and Illustrator, and there could be potential for some disruption of that event.

The library closes that evening at 5:30, so the group will be in the room past closing. I intend to stay to try and keep everything in order, but we wanted you all to know, and we would like you to give dispatch and officers on duty that night, in case a situation arises where we need to call you.

I will keep you updated on the status of the event, and let you know if anything changes.

Thanks,

*Scott Love*

Library Regional Manager – West Yolo Region
Yolo County Library - Stephens-Davis Branch Library
█████, Davis CA 95616
█████ office
█████ cell

Achiever | Ideation | Communication | Connectedness | Arranger

"We Acknowledge that we are on the traditional territory and homelands of the Yocha Dehe Wintun Nation." For more information, please visit **https://www.yochadehe.org/**.

[THIS EMAIL ORIGINATED FROM OUTSIDE YOLO COUNTY. PLEASE USE CAUTION AND VALIDATE THE AUTHENTICITY OF THE EMAIL PRIOR TO CLICKING ANY LINKS OR PROVIDING ANY INFORMATION. IF YOU ARE UNSURE, PLEASE CONTACT THE HELPDESK (x5000) FOR ASSISTANCE]