# EXHIBIT F

| | |
|---|---|
| **From:** | Scott Love |
| **Sent:** | Saturday, February 18, 2023 2:00 PM |
| **To:** | Tom Lopez; Madison York |
| **Cc:** | Diana Lopez |
| **Subject:** | Community Event at Stephens Davis Library on 2/25 |

Sheriff Lopez and Madison York,

I wanted to make you both aware of a community event that is set for next Saturday, Feb. 25, from 4:30pm-7pm. The event is called Brave Books Read Aloud, and is being put on by an organization called Moms for Liberty. Brave Books is a Christian Publisher who has books that are anti-trans, anti-woke, and anti-critical race theory. They have ties to Kirk Cameron, who has been trying to have story times in libraries across the country. This is not a program that the library is involved in, as it goes against our diversity, equity and inclusion values. The organizer is aware of our meeting room policies, and is acting within them. They were told that anything posted about the event must include language that the library is not sponsoring or supporting the event. They were asked to change the name of their program away from being called a "Children's Storytime," so as to not imply the library being involved in it. Brave Books does have the event listed on their website, and we've received a few inquiries from the public on the program.

The person organizing the program, Elizabeth "Beth" Bourne, has been very prominent in the Davis Parents Facebook group lately, making many anti-trans posts. She herself is divorced, and has a trans student attending Davis Senior H.S.  We are aware that local LGBTQIA groups in the region are aware that this program is happening. They plan to table outside prior and to attend the event.

Additionally, the library has a library sponsored event by local African American author/illustrator, Nikki Shannon Smith, immediately proceeding the event, so we'll be sure to be overseeing the event and transition, should anything potentially happen between events.

We have made Police Chief Pytel, City Manager Mike Webb, and Gerardo Pinedo aware of the event already. I have asked Pytel to please brief his dispatchers and patrols on the event, in case we need to contact them that evening, but have asked that we not have a police presence unless requested. Similarly, we are not asking for assistance with the event, but wanted to make sure your department was aware, and would appreciate you giving dispatchers and deputies a heads up in case we find ourselves needing to reach out next Saturday evening. Since Kirk Cameron does have a national following, we expect that there could be a media interest in the event too. Cameron is listed as NOT attending this event.

Here is a link to an article about Cameron and his push to read stories in libraries:
https://nypost.com/2022/12/19/kirk-cameron-declares-a-win-over-two-public-libraries-that-denied-him-story-hours-but-caved/

Additionally, Moms for Liberty has been tied to book banning and a comment about gun violence against librarians:
https://www.mediamatters.org/critical-race-theory/unmasking-moms-liberty
https://www.mediamatters.org/critical-race-theory/moms-liberty-leader-threatens-gun-violence-against-librarians-newly-leaked
https://www.mediamatters.org/moms-liberty/moms-liberty-hiding-behind-these-front-groups-they-gut-public-school-libraries

Please let me know if you have any questions.

Thanks,

Exhibit F, Page 1

Case 2:23-cv-02802-WBS-CKD   Document 1-6   Filed 12/04/23   Page 3 of 3



Library Regional Manager – West Yolo Region
Yolo County Library - Stephens-Davis Branch Library
█████████, Davis CA 95616
████████ office
████████ cell
████████████████

Achiever | Ideation | Communication | Connectedness | Arranger

*"We Acknowledge that we are on the traditional territory and homelands of the Yocha Dehe Wintun Nation."* For more information, please visit **https://www.yochadehe.org/**.

Exhibit F, Page 2