# EXHIBIT K



MOMS FOR LIBERTY, YOLO CHAPTER PRESENTS

# Forum on FAIR AND SAFE Sport for GIRLS

**Sunday, August 20, 2023, 4:00 pm to 6:00 pm**
**Mary L. Stephens Davis branch library, 315 E. 14th Street, Davis**

The California Interscholastic Federation (CIF) prioritizes the wants of males before the needs of females. It's time to expose **CIF's discriminatory policies that put girls at risk and removes opportunities to excel in sport.**

Join us to hear:
- Former CIF and NCAA collegiate women athlete
- Legal experts in Title IX and women's rights policy

**This event is free and open to the public. No registration required.**

This event is not sponsored by Yolo County Library and the presence of this group in the meeting room does not constitute Yolo County Library's endorsement of the policies or beliefs of this group.



# Forum on FAIR AND SAFE Sport for GIRLS

## Sunday, August 20, 2023
### 4:00 pm to 6:00 pm

**Mary L. Stephens Davis branch library, 315 E. 14th Street, Davis**

The California Interscholastic Federation (CIF) prioritizes the wants of males before the needs of females. It's time to expose **CIF's discriminatory policies that put girls at risk and removes opportunities to excel in sport**.

Join us to hear:
- Former CIF and NCAA collegiate women athlete
- Legal experts in Title IX and women's rights policy

**This event is free and open to the public. No registration required.**

Questions or to receive presentation materials, please email moms4libertyyolo@gmail.com

*Hosted by the Moms for Liberty, Yolo County. This event is not sponsored by Yolo County Library and the presence of this group in the meeting room does not constitute Yolo County Library's endorsement of the policies or beliefs of this group.*

Exhibit K, Page 2

# Forum Vision

- Empower and protect girls' sports and female athletes
- Defend the original intent of Title IX
- Create a powerful network of coaches, parents, and girls' sports supporters

# Agenda

**4:00**  **Welcome and opening remarks**
*(Sophia Lorey, California Family Council)*

4:10   State and CIF gender self-declaration policies: The impact to girls' high schools sports in California *(Erin Friday, Esq. Our Duty NorCal)*

4:20   Title IX history and current status: Do girls have the right to equal opportunity in sports? *(Kim Jones, Co-founder ICONS)*

4:40   Physiological advantage of male athletes: empirical data around speed, strength, endurance, etc. *(speaker to be announced)*

5:00   **CIF Gender Diverse Inclusivity Toolkit**

- Emotional and psychological impact on girls: abuse, consent, shame, and silence *(Allie Snyder, Davis mother)*
- Role of high school athletic directors, coaches, parents, team captains, and teammates as outlined in CIF Toolkit *(Beth Bourne, Davis mother)*

5:20   Proposed new CIF policy that protects girls' rights to fair and safe sport: Athletics Alberta model

5:30   Open discussion about what's next: network formation, petitions, protests, CIF leadership meeting on Aug 30th in Sacramento, other ideas?

**6:00**  ***Reception with light refreshments provided (6-7pm)***