# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Moms for Liberty -- Yolo County, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02802-CKD |
| Yolo County, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Moms for Liberty--Yolo County, Independent Council on Women's Sports, California Family Council, Elisabeth Y. Bourne, Allison L. Snyder, Sophia Lorey, Kim Jones, and Clare Erin Friday.

Date: December 5, 2023

/s/ Alan Gura
*Attorney's signature*

Alan Gura, Cal. Bar. No. 178,221
*Printed name and bar number*

Institute for Free Speech
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
*Address*

agura@ifs.org
*E-mail address*

202.967.0007
*Telephone number*

202.301.3399
*FAX number*