

United States District Court
Eastern District of California

| Moms for Liberty – Yolo County, et al. | Case Number: | 2:23−cv−02802−CKD |

Plaintiff(s)

V.

Yolo County, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mathew W. Hoffmann hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Moms for Liberty – Yolo County, Independent Council on Women's Sports (ICONS), California Family Council, Elisabeth Y. Bourne, Allison L. Snyder, Sophia Lorey, Kim Jones, & Clare Erin Friday

On 01/07/2019 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/05/2023        Signature of Applicant: /s/ Mathew W. Hoffmann

**Pro Hac Vice Attorney**

Applicant's Name: Mathew W. Hoffmann
Law Firm Name: Alliance Defending Freedom
Address: 44180 Riverside Pkwy

City: Lansdowne    State: VA    Zip: 20176
Phone Number w/Area Code: (571) 707-4655
City and State of Residence: Purcellville, VA
Primary E-mail Address: mhoffmann@ADFlegal.org
Secondary E-mail Address: n/a

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Christiana Kiefer
Law Firm Name: Alliance Defending Freedom
Address: 440 First Street N.W.,
Suite 600
City: Washington    State: DC    Zip: 20001
Phone Number w/Area Code: (202) 393-8690    Bar #: 277427

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
                                  JUDGE, U.S. DISTRICT COURT



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Mathew Walter Hoffmann

*was duly qualified and admitted on January 7, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 24, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*