Christiana Kiefer (California Bar No. 277427)
  Designated counsel for service, LR 182(c)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
T: (202) 393-8690
ckiefer@ADFlegal.org

Alan Gura, (California Bar No. 178221)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
T: (202) 967-0007
agura@ifs.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY, et al.,<br>*Plaintiffs*,<br>v.<br>YOLO COUNTY, et al.,<br>*Defendants*. | Case No. 2:23−CV−02802-CKD |

**CERTIFICATE OF SERVICE**

I hereby certify that the following documents were sent via email on December 6, 2023 to the below counsel in accordance with Federal Rule of Civil Procedure 4:

- Plaintiffs' complaint and all exhibits thereto;
- The summons issued by this Court (Doc. 2);
- Initial scheduling order and the consent information (Docs. 3, 3-1, 3-2);
- Appearance of counsel – Alan Gura (Doc. 4);
- Pro hac vice application of Mathew W. Hoffmann (Doc. 6); and
- Waivers of service for each Defendant.

Philip J. Pogledich
County of Yolo
625 Court St.
Suite 201
Woodland, CA 95695-3490
T: (530) 666-8172
philip.pogledich@yolocounty.org

*Counsel for Defendants*

Dated:   December 12, 2023    Respectfully submitted,

/s/ Christiana Kiefer
Christiana Kiefer (California Bar No. 277427)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
T: (202) 393-8690
ckiefer@ADFlegal.org
*Attorney for Plaintiffs*