1  SERENA M. WARNER, SB No. 264799
     Email: swarner@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  MOMS FOR LIBERTY – YOLO COUNTY;  )   Case No.: 2:23-cv-02802-
12  INDEPENDENT COUNCIL ON WOMEN'S  )
    SPORTS; CALIFORNIA FAMILY  )  **STIPULATION FOR EXTENSION OF**
13  COUNCIL; ELISABETH Y. BOURNE;  )  **TIME FOR DEFENDANTS TO FILE A**
    ALLISON L. SNYDER; SOPHIA LOREY;  )  **RESPONSIVE PLEADING AND**
14  KIM JONES; and CLARE ERIN FRIDAY,  )  **PROPOSED ORDER**
                                        )
15                    Plaintiff,        )
                                        )
16                                      )
          vs.                           )
17                                      )
                                        )
18  YOLO COUNTY; DIANA LOPEZ, in her    )
    official capacity as Yolo County Librarian;  )
19  and D. SCOTT LOVE, in his official  )
    capacity as Library Regional Manager for the  )
20  West Yolo County Library Region,    )
                                        )
21                                      )
                      Defendant.        )
22  _____  )

23         Plaintiffs MOMS FOR LIBERTY – YOLO COUNTY, INDEPENDENT COUNCIL ON

24  WOMEN'S SPORTS, CALIFORNIA FAMILY COUNCIL, ELISABETH Y. BOURNE,

25  ALLISON L. SNYDER, SOPHIA LOREY, KIM JONES, and CLARE ERIN FRIDAY and

26  Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County

27  Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the

28  West Yolo County Library Region stipulate to continue Defendants' deadline to respond to the

Complaint as follows:

WHEREAS in preparing to respond to the Complaint counsel for the parties conferred regarding Defendants' response to the Complaint;

WHEREAS in the course of conferring, the parties discussed the possibility of engaging in settlement discussions to determine whether an early resolution may be reached in this matter;

WHEREAS the parties agree it would be more efficient and a better use of the parties' and this Court's time to determine whether an informal resolution may be reached prior to Defendants preparing a response to the Complaint.

Accordingly, subject to the Court's approval, the parties agree to extend the deadline for Defendants to respond to the Complaint by two weeks, from February 5, 2024 to February 19, 2024.

IT IS SO STIPULATED.

Dated: January 31, 2024                    ANGELO, KILDAY & KILDUFF, LLP

                                           /s/ Serena M. Warner
                                       By:_____
                                           SERENA M. WARNER
                                           Attorneys for Defendants COUNTY OF
                                           YOLO, DIANA LOPEZ, and D. SCOTT
                                           LOVE

Dated: January 31, 2024                    ALLIANCE DEFENDING FREEDOM

                                           /s/ Tyson C. Langhofer
                                       By:_____
                                           Tyson C. Langhofer
                                           Attorneys for Plaintiffs MOMS FOR
                                           LIBERTY – YOLO COUNTY;
                                           INDEPENDENT COUNCIL ON
                                           WOMEN'S SPORTS; CALIFORNIA
                                           FAMILY COUNCIL; ELISABETH Y.
                                           BOURNE; ALLISON L. SNYDER;
                                           SOPHIA LOREY; KIM JONES; and
                                           CLARE ERIN FRIDAY

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND PROPOSED ORDER

**[PROPOSED] ORDER**

Pursuant to stipulation by the parties, Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region's deadline to respond to the Complaint is extended from February 5, 2024 to February 19, 2024.

Dated: _____      _____

UNITED STATES DISTRICT COURT JUDGE