SERENA M. WARNER, SB No. 264799
  Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY; INDEPENDENT COUNCIL ON WOMEN'S SPORTS; CALIFORNIA FAMILY COUNCIL; ELISABETH Y. BOURNE; ALLISON L. SNYDER; SOPHIA LOREY; KIM JONES; and CLARE ERIN FRIDAY, <br><br> Plaintiff, <br><br> vs. <br><br> YOLO COUNTY; DIANA LOPEZ, in her official capacity as Yolo County Librarian; and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region, <br><br> Defendant. | Case No.: 2:23-cv-02802- <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND PROPOSED ORDER** |

Plaintiffs MOMS FOR LIBERTY – YOLO COUNTY, INDEPENDENT COUNCIL ON WOMEN'S SPORTS, CALIFORNIA FAMILY COUNCIL, ELISABETH Y. BOURNE, ALLISON L. SNYDER, SOPHIA LOREY, KIM JONES, and CLARE ERIN FRIDAY and Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region stipulate to continue Defendants' deadline to respond to the

Complaint as follows:

WHEREAS in preparing to respond to the Complaint counsel for the parties conferred regarding Defendants' response to the Complaint;

WHEREAS in the course of conferring, the parties discussed the possibility of engaging in settlement discussions to determine whether an early resolution may be reached in this matter;

WHEREAS the parties agree it would be more efficient and a better use of the parties' and this Court's time to determine whether an informal resolution may be reached prior to Defendants preparing a response to the Complaint.

Accordingly, subject to the Court's approval, the parties agree to extend the deadline for Defendants to respond to the Complaint by two weeks, from February 5, 2024 to February 19, 2024.

IT IS SO STIPULATED.

Dated:  February 1, 2024                ANGELO, KILDAY & KILDUFF, LLP

                                                 */s/ Serena M. Warner*
By:_____
   SERENA M. WARNER
   Attorneys for Defendants COUNTY OF
   YOLO, DIANA LOPEZ, and D. SCOTT
   LOVE

Dated:  February 1, 2024                ALLIANCE DEFENDING FREEDOM

                                                 */s/ Tyson C. Langhofer*
By:_____
   Tyson C. Langhofer
   Attorneys for Plaintiffs MOMS FOR
   LIBERTY – YOLO COUNTY;
   INDEPENDENT COUNCIL ON
   WOMEN'S SPORTS; CALIFORNIA
   FAMILY COUNCIL; ELISABETH Y.
   BOURNE; ALLISON L. SNYDER;
   SOPHIA LOREY; KIM JONES; and
   CLARE ERIN FRIDAY

**ORDER**

Pursuant to stipulation by the parties, Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region's deadline to respond to the Complaint is extended from February 5, 2024 to February 19, 2024.

Dated: February 1, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE