SERENA M. WARNER, SB No. 264799
  Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY; INDEPENDENT COUNCIL ON WOMEN'S SPORTS; CALIFORNIA FAMILY COUNCIL; ELISABETH Y. BOURNE; ALLISON L. SNYDER; SOPHIA LOREY; KIM JONES; and CLARE ERIN FRIDAY, <br><br> Plaintiff, <br><br> vs. <br><br> YOLO COUNTY; DIANA LOPEZ, in her official capacity as Yolo County Librarian; and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region, <br><br> Defendant. | Case No.: 2:23-cv-02802-WBS-CKD <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |

Plaintiffs MOMS FOR LIBERTY – YOLO COUNTY, INDEPENDENT COUNCIL ON WOMEN'S SPORTS, CALIFORNIA FAMILY COUNCIL, ELISABETH Y. BOURNE, ALLISON L. SNYDER, SOPHIA LOREY, KIM JONES, and CLARE ERIN FRIDAY and Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region stipulate to continue Defendants' deadline to respond to the

Complaint as follows:

WHEREAS the parties previously requested a two-week continuance on the time for to Defendants to respond to the Complaint in order for the Parties to discuss settlement;

WHEREAS the parties are actively engaging in settlement discussions;

WHEREAS to continue to work toward an informal resolution, Defendants need additional time to secure authority;

WHEREAS the parties agree it would be more efficient and a better use of the parties' and this Court's time to determine whether an informal resolution may be reached prior to Defendants preparing a response to the Complaint.

Accordingly, subject to the Court's approval, the parties agree to extend the deadline for Defendants to respond to the Complaint by an additional 30 days, from February 19, 2024 to March 20, 2024.

IT IS SO STIPULATED.

Dated:  February 16, 2024                    ANGELO, KILDAY & KILDUFF, LLP

                                             _/s/ Serena M. Warner_
                                             By:_____
                                             SERENA M. WARNER
                                             Attorneys for Defendants COUNTY OF
                                             YOLO, DIANA LOPEZ, and D. SCOTT
                                             LOVE

Dated:  February 15, 2024                    ALLIANCE DEFENDING FREEDOM

                                             _/s/ Tyson C. Langhofer_
                                             _(as authorized on 2.15.2024)_
                                             By:_____
                                             Tyson C. Langhofer
                                             Attorneys for Plaintiffs MOMS FOR
                                             LIBERTY – YOLO COUNTY;
                                             INDEPENDENT COUNCIL ON
                                             WOMEN'S SPORTS; CALIFORNIA
                                             FAMILY COUNCIL; ELISABETH Y.
                                             BOURNE; ALLISON L. SNYDER;
                                             SOPHIA LOREY; KIM JONES; and
                                             CLARE ERIN FRIDAY

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER

**ORDER**

Pursuant to stipulation by the parties, Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region's deadline to respond to the Complaint is extended from February 5, 2024 to February 19, 2024.

Dated:  February 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER