SERENA M. WARNER, SB No. 264799
   Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY; INDEPENDENT COUNCIL ON WOMEN'S SPORTS; CALIFORNIA FAMILY COUNCIL; ELISABETH Y. BOURNE; ALLISON L. SNYDER; SOPHIA LOREY; KIM JONES; and CLARE ERIN FRIDAY,<br><br>              Plaintiff,<br><br>vs.<br><br>YOLO COUNTY; DIANA LOPEZ, in her official capacity as Yolo County Librarian; and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region,<br><br>              Defendant. | Case No.: 2:23-cv-02802-WBS-CKD<br><br>**AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND PROPOSED ORDER** |

Plaintiffs MOMS FOR LIBERTY – YOLO COUNTY, INDEPENDENT COUNCIL ON WOMEN'S SPORTS, CALIFORNIA FAMILY COUNCIL, ELISABETH Y. BOURNE, ALLISON L. SNYDER, SOPHIA LOREY, KIM JONES, and CLARE ERIN FRIDAY and Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region stipulate to continue Defendants' deadline to respond to the

1  Complaint as follows:

2   WHEREAS the parties previously requested a two-week continuance on the time for to
3  Defendants to respond to the Complaint in order for the Parties to discuss settlement;

4   WHEREAS the parties are actively engaging in settlement discussions;

5   WHEREAS to continue to work toward an informal resolution, Defendants need additional
6  time to secure authority;

7   WHEREAS the parties agree it would be more efficient and a better use of the parties' and
8  this Court's time to determine whether an informal resolution may be reached prior to Defendants
9  preparing a response to the Complaint.

10  Accordingly, subject to the Court's approval, the parties agree to extend the deadline for
11 Defendants to respond to the Complaint by an additional 30 days, from February 19, 2024 to March
12 20, 2024.

13  IT IS SO STIPULATED.

14 Dated: February 16, 2024    ANGELO, KILDAY & KILDUFF, LLP

15            */s/ Serena M. Warner*
16          By:_____
         SERENA M. WARNER
17          Attorneys for Defendants COUNTY OF
         YOLO, DIANA LOPEZ, and D. SCOTT
18          LOVE

19

20 Dated: February 16, 2024    ALLIANCE DEFENDING FREEDOM

21            */s/ Tyson C. Langhofer*
         *(as authorized on 2.16.2024)*
22          By:_____
23          Tyson C. Langhofer
         Attorneys for Plaintiffs MOMS FOR
24          LIBERTY – YOLO COUNTY;
         INDEPENDENT COUNCIL ON
25          WOMEN'S SPORTS; CALIFORNIA
26          FAMILY COUNCIL; ELISABETH Y.
         BOURNE; ALLISON L. SNYDER;
27          SOPHIA LOREY; KIM JONES; and
28          CLARE ERIN FRIDAY

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation by the parties, Defendants COUNTY OF YOLO, DIANA LOPEZ,
3  in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity
4  as Library Regional Manager for the West Yolo County Library Region's deadline to respond to
5  the Complaint is extended from February 5, 2024 to March 20, 2024.

7  Dated: _____                    _____
8                                                                 UNITED STATES DISTRICT COURT JUDGE