SERENA M. WARNER, SB No. 264799
Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY; INDEPENDENT COUNCIL ON WOMEN'S SPORTS; CALIFORNIA FAMILY COUNCIL; ELISABETH Y. BOURNE; ALLISON L. SNYDER; SOPHIA LOREY; KIM JONES; and CLARE ERIN FRIDAY, <br><br> Plaintiff, <br><br> vs. <br><br> YOLO COUNTY; DIANA LOPEZ, in her official capacity as Yolo County Librarian; and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region, <br><br> Defendant. | Case No.: 2:23-cv-02802-WBS-CKD <br><br> **AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |

Plaintiffs MOMS FOR LIBERTY – YOLO COUNTY, INDEPENDENT COUNCIL ON WOMEN'S SPORTS, CALIFORNIA FAMILY COUNCIL, ELISABETH Y. BOURNE, ALLISON L. SNYDER, SOPHIA LOREY, KIM JONES, and CLARE ERIN FRIDAY and Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region stipulate to continue Defendants' deadline to respond to the

1 Complaint as follows:

2     WHEREAS the parties previously requested a two-week continuance on the time for to

3 Defendants to respond to the Complaint in order for the Parties to discuss settlement;

4     WHEREAS the parties are actively engaging in settlement discussions;

5     WHEREAS to continue to work toward an informal resolution, Defendants need

6 additional time to secure authority;

7     WHEREAS the parties agree it would be more efficient and a better use of the parties'

8 and this Court's time to determine whether an informal resolution may be reached prior to

9 Defendants preparing a response to the Complaint.

10     Accordingly, subject to the Court's approval, the parties agree to extend the deadline for

11 Defendants to respond to the Complaint by an additional 30 days, from February 19, 2024 to

12 March 20, 2024.

13     IT IS SO STIPULATED.

14 Dated: February 20, 2024      ANGELO, KILDAY & KILDUFF, LLP

15                 */s/ Serena M. Warner*

16           By:_____
              SERENA M. WARNER

17               Attorneys for Defendants COUNTY OF
              YOLO, DIANA LOPEZ, and D. SCOTT

18               LOVE

19

20 Dated: February 16, 2024      ALLIANCE DEFENDING FREEDOM

21               */s/ Tyson C. Langhofer*
              *(as authorized on 2.16.2024)*

22           By:_____

23               Tyson C. Langhofer
              Attorneys for Plaintiffs MOMS FOR

24               LIBERTY – YOLO COUNTY;
              INDEPENDENT COUNCIL ON

25               WOMEN'S SPORTS; CALIFORNIA

26               FAMILY COUNCIL; ELISABETH Y.
              BOURNE; ALLISON L. SNYDER;

27               SOPHIA LOREY; KIM JONES; and
              CLARE ERIN FRIDAY

28

1  **ORDER**

2  Pursuant to stipulation by the parties, Defendants COUNTY OF YOLO, DIANA LOPEZ,
3  in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity
4  as Library Regional Manager for the West Yolo County Library Region's deadline to respond to
5  the Complaint is extended from February 5, 2024 to March 20, 2024.

7  Dated:  February 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE