SERENA M. WARNER, SB No. 264799
Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> YOLO COUNTY, et al. <br><br> Defendants. | Case No.: 2:23-cv-02802-WBS-CKD <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |

Plaintiffs MOMS FOR LIBERTY – YOLO COUNTY, INDEPENDENT COUNCIL ON WOMEN'S SPORTS, CALIFORNIA FAMILY COUNCIL, ELISABETH Y. BOURNE, ALLISON L. SNYDER, SOPHIA LOREY, KIM JONES, and CLARE ERIN FRIDAY and Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region stipulate to continue Defendants' deadline to respond to the Complaint as follows:

WHEREAS the parties previously requested a two-week continuance on the time for to Defendants to respond to the Complaint in order for the Parties to discuss settlement;

WHEREAS the parties then requested a one-month continuance on the time to respond to allow for further settlement discussions, which this Court granted;

1    WHEREAS defense counsel was delayed in preparing her report to secure settlement
2 authority due to pre-trial preparations for another case that is set to begin trial on March 25,
3 2024;

4    WHEREAS the parties wish to continue to work toward an informal resolution and
5 Defendants need additional time to secure authority;

6    WHEREAS the parties agree it would be more efficient and a better use of the parties'
7 and this Court's time to determine whether an informal resolution may be reached prior to
8 Defendants preparing a response to the Complaint;

9    WHEREAS the parties agree this will be the last stipulated request to continue the
10 deadline to respond to the complaint.

11    Accordingly, subject to the Court's approval, the parties agree to extend the deadline for
12 Defendants to respond to the Complaint by an additional 30 days, from March 20, 2024 to April
13 19, 2024.

14    IT IS SO STIPULATED.

15 Dated: March 19, 2024                ANGELO, KILDAY & KILDUFF, LLP

16                                                   */s/ Serena M. Warner*
17                                     By:_____
                                       SERENA M. WARNER
18                                     Attorneys for Defendants COUNTY OF
                                       YOLO, DIANA LOPEZ, and D. SCOTT
19                                     LOVE

20 Dated: March 19, 2024                ALLIANCE DEFENDING FREEDOM
21                                                  */s/ Matthew Hoffmann*
                                                   *(as authorized on 3.19.2024)*
22                                     By:_____
23                                     TYSON C. LANGHOFER
                                       MATTHEW HOFFMANN
24                                     Attorneys for Plaintiffs MOMS FOR
                                       LIBERTY – YOLO COUNTY;
25                                     INDEPENDENT COUNCIL ON
                                       WOMEN'S SPORTS; CALIFORNIA
26                                     FAMILY COUNCIL; ELISABETH Y.
                                       BOURNE; ALLISON L. SNYDER;
27                                     SOPHIA LOREY; KIM JONES; and
28                                     CLARE ERIN FRIDAY

**ORDER**

Pursuant to stipulation by the parties, Defendants COUNTY OF YOLO, DIANA LOPEZ, in her official capacity as Yolo County Librarian, and D. SCOTT LOVE, in his official capacity as Library Regional Manager for the West Yolo County Library Region's deadline to respond to the Complaint is extended from March 20, 2024 to April 19, 2024.

Dated:  March 20, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE