Christiana Kiefer (California Bar No. 277427)
  Designated counsel for service, LR 182(c)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
T: (202) 393-8690
ckiefer@ADFlegal.org

Tyson C. Langhofer (Virginia Bar No. 95204)*
Mathew W. Hoffmann (DC Bar No. 1617417)*
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
T: (571) 707-4655
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

Alan Gura (California Bar No. 178221)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
T: (202) 967-0007
agura@ifs.org

*Admitted pro hac vice

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY, et al.,<br>*Plaintiffs,*<br>v.<br>YOLO COUNTY, et al.,<br>*Defendants.* | Case No. 2:23-CV-02802-WBS-CKD |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Plaintiffs Moms for Liberty – Yolo County, Independent Council on Women's Sports, and California Family Council state that they have no parent corporation or subsidiary corporations and that they do not issue stock.

Respectfully submitted,

/s/ *Mathew W. Hoffmann*
Tyson C. Langhofer (VA Bar No. 95204)*
Mathew W. Hoffmann (DC Bar No. 1617417)*
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
T: (571) 707-4655
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

Christiana Kiefer (CA Bar No. 277427)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
T: (202) 393-8690
ckiefer@ADFlegal.org

Alan Gura, (CA Bar No. 178221)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Ste. 801
Washington, DC 20036
T: (202) 967-0007
agura@ifs.org

*Admitted pro hac vice
*Attorney for Plaintiffs*

Plaintiffs' Rule 7.1 Corporate Disclosure Statement 2