Christiana Kiefer (California Bar No. 277427)
    Designated counsel for service, LR 182(c)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
T: (202) 393-8690
ckiefer@ADFlegal.org

Tyson C. Langhofer (Virginia Bar No. 95204)*
Mathew W. Hoffmann (DC Bar No. 1617417)*
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
T: (571) 707-4655
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

Alan Gura (California Bar No. 178221)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
T: (202) 967-0007
agura@ifs.org

*Admitted pro hac vice

*Attorneys for Plaintiffs*

Serena M. Warner (California Bar No. 264799)
    Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
ATTORNEYS AT LAW
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

*Attorneys for Defendants COUNTY OF YOLO, DIANA LOPEZ, and D. SCOTT LOVE*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOMS FOR LIBERTY – YOLO COUNTY, et al., | |
|     *Plaintiffs,* | Case No. 2:23-CV-02802-WBS-CKD |
| v. | |
| YOLO COUNTY, et al., | |
|     *Defendants.* | |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby stipulate to dismiss this action with prejudice and with each party to bear his, her, or its own costs and attorney's fees.

Dated:        May 14, 2024                    Respectfully submitted,


/s/ *Serena M. Warner*

Serena M. Warner, (CA Bar No. 264799)
**ANGELO, KILDAY & KILDUFF, LLP**
ATTORNEYS AT LAW
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
swarner@akk-law.com

*Attorney for Defendants*

/s/ *Mathew W. Hoffmann*

Tyson C. Langhofer (VA Bar No. 95204)*
Mathew W. Hoffmann (DC Bar No. 1617417)*
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
T: (571) 707-4655
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

Christiana Kiefer (CA Bar No. 277427)
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
T: (202) 393-8690
ckiefer@ADFlegal.org

Alan Gura, (CA Bar No. 178221)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W., Ste. 801
Washington, DC 20036
T: (202) 967-0007
agura@ifs.org

*Admitted pro hac vice
*Attorneys for Plaintiffs*